IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
AETNA, INC.,                                                 :
                                                             :   Case No.:
                     Plaintiff,                              :
                                                             :   **07 CIV. 5766**
v.                                                           :
                                                             :   Rule 7.1 Statement
SEEGER WEISS LLP and CHRISTOPHER SEEGER,                     :
Trustees for the Qualified Settlement Fund "A" for           :
Certain Zyprexa Products Claims and DOES 1, 2, 3, etc.       :
                                                             :
                     Defendants.                             :
------------------------------------------------------------ x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Aetna, Inc. certifies that it has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: June 15, 2007
       White Plains, New York

                                        LOWEY DANNENBERG BEMPORAD SELINGER
                                        & COHEN, P.C.

                                        By _____
                                           Richard W. Cohen (RC-5220)