CHRISTOPHER A. SEEGER (CS-4880)
DIOGENES P. KEKATOS (DK-2162)
DONALD A. ECKLUND (DE-2347)
SEEGER WEISS LLP
One William Street
New York, NY 10004-2502
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           )
AETNA, INC.,                                               )
                          Plaintiff,                       )
                                                           )    **No. 07 Civ. 5766 (GBD) (JCF)**
            v.                                             )
                                                           )
SEEGER WEISS LLP and CHRISTOPHER                           )
SEEGER, Trustees for the Qualified Settlement              )    ELECTRONICALLY FILED
Fund "A" for Certain Zyprexa Products Claims               )
and DOES 1, 2, 3, etc.,                                    )
                                                           )
                          Defendants.                      )
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the complaint and the accompanying memorandum of law, Defendants Seeger Weiss LLP and Christopher A. Seeger will move this Court on August 7, 2007, before the Honorable George B. Daniels, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order (1) pursuant to 28 U.S.C. § 1404(a), transferring the above-captioned action to the United States District Court for the Eastern District of New York; and (2) pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, extending the date by which Defendants must answer or move with respect to the Complaint until twenty days after the Court's entry of an Order resolving the instant venue transfer motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) of the Local Rules of this Court and Rule 6(e) of the Federal Rules of Civil Procedure, answering papers to this motion are due no later than Thursday, July 26, 2007.

**PLEASE TAKE FURTHER NOTICE** that this motion is made on submission, that no party should appear before the Court on the return date of the motion, and that, pursuant to Rule 6.1(c) of the Local Rules of this Court, oral argument will not be heard, unless so directed by the Court.

Dated: New York, New York

July 9, 2007

                **SEEGER WEISS LLP**

By: /s/ Christopher A. Seeger
CHRISTOPHER A. SEEGER (CS-4880)
DIOGENES P. KEKATOS (DK-2162)
DONALD A ECKLUND (DE-2347)
One William Street
New York, NY 10004-2502
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
*Defendants Pro Se and Attorneys for Defendant Christopher A. Seeger*

TO:  Richard W. Cohen, Esq.
     Peter D. St. Phillip, Esq.
     LOWEY DANNENBERG BEMPORAD
         SELINGER & COHEN, P.C.
     White Plains Plaza – 5th Floor
     One North Broadway
     White Plains, NY  10601-2310