UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
AETNA, INC.,                                                 )
                            Plaintiff,                       )
                                                             )   **No. 07 Civ. 5766 (GBD) (JCF)**
            v.                                               )
                                                             )
SEEGER WEISS LLP and CHRISTOPHER                             )
SEEGER, Trustees for the Qualified Settlement                )   ELECTRONICALLY FILED
Fund "A" for Certain Zyprexa Products Claims                 )
and DOES 1, 2, 3, etc.,                                      )
                                                             )
                            Defendants.                      )
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on July 9, 2007, I electronically transmitted a true and correct copy of the foregoing documents,

1. NOTICE OF MOTION,
2. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1404(a),

to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following attorney of record who is an ECF registrant:

**Richard Wolfe Cohen**
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, NY 10601
Email: rcohen@lowey.com

                                        /s/ Christopher A. Seeger
                                          Christopher A. Seeger