UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
::

AETNA, INC., : **07-Civ.-5766 (GBD) (JCF)**

              Plaintiff, :

               : **ELECTRONICALLY FILED**

      vs. :

SEEGER WEISS LLP and CHRISTOPHER :
SEEGER, Trustee for the Qualified Settlement Fund :
"A" for Certain Zyprexa Products Claims and DOES :
1, 2, 3, etc., :
 :
             Defendants. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that Diogenes P. Kekatos of the law firm of SEEGER WEISS LLP hereby appears in this action as counsel for defendants SEEGER WEISS LLP and CHRISTOPHER SEEGER. Please forward all notices and papers to be served upon him at the address provided below.

      I certify that I am admitted to practice in this Court.


Dated: New York, New York,
       July 12, 2007


                         **SEEGER WEISS LLP**

                By: /s/ Diogenes P. Kekatos (DK-2162)
                    Christopher A. Seeger (CS-4888)
                    Diogenes P. Kekatos (DK-2162)
                    Donald A. Ecklund (DE-2347)
                    One William Street
                    New York, NY 10004-2502
                    Telephone: (212) 584-0700
                    Facsimile: (212) 584-0799

                    *Defendants Pro Se and Attorneys for Defendant*
                    *Christopher A. Seeger*

**ECF**
**CERTIFICATE OF SERVICE**

     I, Diogenes P. Kekatos, hereby certify that on July 12, 2007, I caused to be electronically transmitted a true and correct copy of the foregoing document, NOTICE OF APPEARANCE, to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following attorneys of record who are ECF registrants:

> Richard W. Cohen, Esq.
> Peter D. St. Phillip, Esq.
> LOWEY DANNENBERG BEMPORAD
> SELINGER & COHEN, P.C.
> White Plains Plaza, 5th Floor
> One North Broadway
> White Plains, NY 10601-2310

**SEEGER WEISS LLP**

/s/ Diogenes P. Kekatos
Diogenes P. Kekatos (DK-2162)